UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MARIO JAVIER CEDENO-GONZALEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM ) <br> TODD M. LYONS ) <br> BRISON SWEARINGEN ) <br> PAM BONDI ) <br> SAMUEL OLSON ) <br> ) <br> Respondents. ) | No. 2:25-cv-00473-JPH-MJD |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING ENTRY OF FINAL JUDGMENT**

The government has responded to the Court's Order to Show Cause. Dkts. 32, 34. Upon review, the Court finds that Respondents have afforded Mr. Cedeno-Gonzalez with the informal interview required under 8 C.F.R. §§ 241.4, 241.13, and he has therefore received an opportunity to respond to the reasons for revocation and submit evidence or information in support of his release. As such, the Order to Show Cause is **discharged**.

To the extent Mr. Cedeno-Gonzalez's motion for temporary restraining order and petition for writ of habeas corpus, dkts. [2], [24], are based on Respondents' failure to provide him an informal interview, they are **DENIED.** Based on this ruling and the Court's previous order denying relief on all other grounds set forth in the motion and petition, dkt. [32], the motion for temporary restraining order and petition for writ of habeas corpus are **DENIED**.

1

Final judgment shall issue by separate entry.

**SO ORDERED.**

Date: 10/29/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel