UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MARIO JAVIER CEDENO-GONZALEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-00473-JPH-MJD |
| | ) | |
| KRISTI NOEM, | ) | |
| TODD M. LYONS, | ) | |
| BRISON SWEARINGEN, | ) | |
| PAM BONDI, | ) | |
| SAMUEL OLSON, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Petitioner's petition for a writ of habeas corpus was denied and final judgment was entered on October 29, 2025. Dkts. 35, 36. Petitioner then filed an emergency motion for temporary restraining order to prevent his removal, dkt. 38, which the Court denied on November 7, 2025, dkt. 42.

Although Petitioner was represented by counsel in his proceedings in this Court, he filed an appeal pro se after he had been deported.[1] Dkt. 45. On December 16, 2025, the Court granted the petitioner leave to file electronically, dkt. 50 at 1, n.1, and on December 18, it directed the clerk to add Petitioner's email address to the docket and to the list of email addresses that receive electronic notification in this case, dkt. 52. Even after these measures were taken, due to technological limitations in the Court's electronic case management system, it was not possible for Petitioner to electronically access

---

[1] The Court notes that on August 6, 2026, the Seventh Circuit dismissed Petitioner's appeal for lack of jurisdiction. *Cedeno-Gonzalez v. Mullin*, Appeal No. 25-3186 (7th Cir. Aug. 6, 2026).

1

any documents in this case other than opinions, orders, judgments, or other dispositive entries.

On August 10, 2026, Petitioner began contacting the Court because he could not electronically access his documents despite the Court's previous orders. The Clerk has attempted, again, to grant remote electronic access to all documents filed in this matter but without success. Because Petitioner has not specified the documents he wishes to access, the **clerk is directed** to send via secured electronic means a district court docket sheet to Petitioner. Petitioner may review this docket sheet and must file a motion for copies of district court filings he needs by identifying them by docket number.[2]  Petitioner must utilize the Court's web portal to file any motion for copies. *See* https://www.insd.uscourts.gov/electronic-document-submission-web-portal.

Because Petitioner is proceeding pro se, to clarify the record the **clerk is directed** to terminate Petitioner's counsel from the docket and to add Petitioner's email address to the docket sheet.

**SO ORDERED.**

Date: 8/10/2026

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Mario Javier Cedeno-Gonzalez
mario.cedeno.gonzalez@gmail.com

---

[2] This Order only applies to Petitioner's proceedings in district court. He must contact the Seventh Circuit Court of Appeals for a Circuit docket sheet and any appellate case filings.

2